UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-MJ-26 |
| Plaintiff, | |
| | REQUEST FOR NOTICE |
| vs. | PURSUANT TO Fed. R. Evid. 404(b) |
| ANTONIO RAMONE GUZMAN, | |
| Defendant. | |

_____

The Defendant above-named, Antonio Ramone Guzman, by and through his undersigned attorney, Assistant Federal Public Defender Timothy J. Langley, requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of Fed. R. Evid. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 14th day of July, 2011.

Respectfully submitted,

NEIL FULTON
Federal Public Defender
By:
   /s/  Timothy J. Langley
_____
Timothy J. Langley, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
200 West 10th Street, Suite 200
Sioux Falls, SD 57104
Telephone: (605) 330-4489   Facsimile: (605) 330-4499
filinguser_SDND@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2011, a true and correct copy of the Request for Notice Pursuant to FED. R. EVID. 404(b) was served upon the following person, by placing the same in the service indicated, addressed as follows:

John Haak                                    [  ]    U.S. Mail
Assistant United States Attorney             [  ]    Hand Delivery
PO Box 2638                                  [  ]    Facsimile
Sioux Falls, SD 57101-2638                   [  ]    Federal Express
                                             [X]     Electronic Case Filing


        /s/   *Timothy J. Langley*
      Timothy J. Langley, Assistant Federal Public Defender