FILED
NOV 3 0 2011

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR11-40077 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| ANTONIO RAMONE GUZMAN, | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On or about July 8, 2011, in the District of South Dakota, the Defendant, Antonio Ramone Guzman, and an undercover police officer met in a parking lot in Yankton, South Dakota. At that time the Defendant knowingly and intentionally possessed 50 grams or more of methamphetamine (pure) with the intent to distribute it to the undercover officer. All of this was in violation of 21 U.S.C. § 841(a)(1).

|  |  |
|---|---|
| | BRENDAN V. JOHNSON<br>United States Attorney |
| 11-30-2011<br>Date | /s/ JEH<br>_____<br>JOHN E. HAAK<br>Assistant United States Attorney<br>P.O. Box 2638<br>Sioux Falls, SD 57101-2638<br>Telephone: (605)330-4400<br>Facsimile: (605)330-4410<br>E-Mail: john.haak@usdoj.gov |
| 11-29-11<br>Date | _____<br>Antonio Ramone Guzman<br>Defendant |
| 11/29/11<br>Date | _____<br>Timothy J. Langley<br>Attorney for Defendant |

-2-